IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROCK E. OKENNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-51-GPM-DGW |
| ) | |
| DAVID SZOKE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Second Motion to Continue Deadlines filed by Defendants on May 17, 2013 (Doc. 74). The Motion is **GRANTED**.

Defendants in this matter were granted a 45 day extension in order to resolve issues regarding representation of Defendants by the Department of Justice. Defendants now indicate that they need an additional 45 days. Plaintiff has filed a response in which his counsel indicates that he has not been able to confer with Plaintiff as to whether he would consent or object to the requested extension. In light of Defendants' representations and the October, 2014 trial date, an additional 45 day extension should not prejudice Plaintiff. However, it is unlikely that further extensions, requested by Defendants, will be granted in the future absent good cause.

The deadlines in this matter are continued as follows:

1. Dispositive motions raising the affirmative defenses of exhaustion and qualified immunity shall be filed by **July 12, 2013.** Responses are due by **August 9, 2013.**

2. A *Pavey* hearing is set for **August 21, 2013 at 9:30 a.m.** before the undersigned Judge.

      3. Discovery deadline is **December 20, 2013**.

      4. Any other dispositive motions shall be filed by **January 24, 2014.**

The parties are reminded that no discovery on the merits of this case should be conducted until the question of whether Plaintiff has exhausted his administrative remedies has been resolved.

**IT IS SO ORDERED.**

**DATED: May 22, 2013**

                                                      **DONALD G. WILKERSON**
                                                      **United States Magistrate Judge**